UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )      CASE NO.    06-488 M
                               )
        v.                     )
                               )
CHRISTOPHER M. WILLIAMS,       )      DETENTION ORDER
                               )
                Defendant.     )
                               )
_____ )

Offenses charged:

> Counts I & III:     Fraud and Related Activity in Connection with Access
> Devices, in violation of Title 18, U.S.C., Sections 1029(a)(5),
> 1029(c)(1)(A)(ii), and 2; and

> Count II:     Fraud and Related Activity in Connection with Access
> Devices, in violation of Title 18, U.S.C., Sections 1029(b)(1)
> and 1029(c)(1)(A)(ii).

Date of Detention Hearings:    September 20, 2006 and September 26, 2006.

The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Susan Loitz. The defendant was represented by Peter Mair.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   The Court finds that there is sufficient showing that the defendant poses a danger to the community if released.  The defendant's alleged use of false

DETENTION ORDER
PAGE -1-

identification and stolen bank cards presents a concern of continued access to such identification, facilitating possible flight and increasing the already significant number of victims (36 to date) in the instant offense.

(2)  The Government informed the Court that the defendant, after having been discharged from his employment, returned there to gather additional confidential information from patients' files for the purpose of selling that information.  His subsequent limited cooperation in assisting with the investigation of the pending matter further heightens the Court's concern of his continued access to false identification documents and stolen bank cards.

(3)  Due to the nature and seriousness of the crime alleged, release of the defendant would pose a risk to the community.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(1)  Defendant shall be detained pending trial and committed to the custody of the  Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER
PAGE -2-

1    (4)  The clerk shall direct copies of this order to counsel for the United States,

2         to counsel for the defendant, to the United States Marshal, and to the

3         United States Pretrial Services Officer.

4  DATED this 26th day of September, 2006.

_____

Monica J. Benton
U.S. Magistrate Judge

DETENTION ORDER
PAGE -3-